UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Concord Hospital, Inc.</u>

    v.                                     Case No. 23-cv-486

<u>New Hampshire Department of</u>
<u>Health and Human Services,</u>
<u>Commissioner, et al.</u>

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

November 1, 2023

cc: Counsel of Record